IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CR00168-01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELLIOT CHRISTANO CLINTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* to correct a clerical error in the original Judgment (Doc. No. 17). The Court hereby makes the following correction to the defendant's term of Supervised Release. The defendant shall serve a term of Five (5) years Supervised Release on each of Counts 1 and 2 to run concurrently; Count 3, THREE (3) years Supervised Release to run concurrently with Counts 1 and 2. All other terms and conditions of the original judgment remain in effect. The Clerk is directed to prepare an amended judgment to reflect the same.

IT IS SO ORDERED.

Signed: October 25, 2018

Frank D. Whitney
Chief United States District Judge