IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cr-00168-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v. | |
| ELLIOT CHRISTANO CLINTON, Defendant, | **ORDER** |
| and | |
| TREMONT HOSPITALITY GROUP LLC, Garnishee. | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. No. 33) filed on January 23, 2025. For the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**. The Order of Continuing Garnishment (Doc. No. 32) entered on March 22, 2024, is **DISMISSED**.

**SO ORDERED**.

Signed: January 24, 2025

Susan C. Rodriguez
United States Magistrate Judge